**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| ROBERT W. HILL, | : | No. 75 EM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| UNEMPLOYMENT COMPENSATION | : | |
| BOARD OF REVIEW | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of August, 2017, the "Petition for Allowance of Appeal *Nunc Pro Tunc*" is **DENIED**.